ERIC GRANT
United States Attorney
ZULKAR KHAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**
Sep 09, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>KY SIMERE STRATTON,<br><br>　　　　　Defendant. | CASE NO. 2:25-mj-0126 JDP<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

## S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: September 9, 2025

　　　　　　　　　　　　　　　　　　　　／s／ Jeremy D. Peterson
　　　　　　　　　　　　　　　　　　The Honorable Jeremy D. Peterson
　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

SEALING ORDER